UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN W. BEVER and KAREN L. BEVER,<br><br>Plaintiffs,<br>v.<br><br>CITIMORTGAGE, INC,, et al.,<br><br>Defendants. | **OLD CASE NO 1:18-cv-01561-LJO-SKO**<br><br>**NEW CASE NO 1:18-cv-1561-AWI-SKO**<br><br>**ORDER TO RELATE ACTIONS AND TO REASSIGN DISTRICT JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the actions entitled *Glenn W. Bever v. Cal-Western Reconveyance Corporation et al.*, Case No. 1:11-cv-01584-AWI-SKO and *Glenn W. Bever, et al. v. Quality Loan Service Corporation, et al.*, Case No. 1:16-cv-00079-AWI-BIM. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge, and no consolidation of cases is effected.

1

| | |
|---|---|
| 1 | On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Anthony W. Ishii with new **CASE NO. 1:18-cv-01561-AWI-SKO**. All documents shall bear the new **CASE NO. 1:18-cv-01561-AWI-SKO** and the reassignment to U.S. District Judge Ishii. |

IT IS SO ORDERED.

Dated: __**December 10, 2018**__   _____/s/ Lawrence J. O'Neill_____
                                                          UNITED STATES CHIEF DISTRICT JUDGE